## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JOANIE SANDERS                          CASE NO. 6:25-CV-00223

VERSUS                                  JUDGE DEE D. DRELL

COMMISSIONER OF SOCIAL SECURITY         MAGISTRATE JUDGE DAVID J. AYO

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions to further develop the record upon rehearing, and this judgment is a final judgment for purposes of the Equal Access to Justice Act (EAJA).

THUS DONE and SIGNED in Chambers on this _____ day of April 2026.

Dee D. Drell, Senior Judge
United States District Court